STEPHANIE YONEKURA
Acting United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
VALERIE L. MAKAREWICZ (Cal. Bar No. 229637)
Assistant United States Attorney
Room 7211 Federal Building
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-2454
Facsimile: (213) 894-0115

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

BURT D. CARPENTER; STATE OF CALIFORNIA, FRANCHISE TAX BOARD; and WELLS FARGO BANK N.A.,

Defendants.

Case No. CV 15-195 VAP (DTBx)

~~PROPOSED]~~ [ORDER GRANTING STIPULATION FOR NON-MONETARY JUDGMENT AS TO DEFENDANT WELLS FARGO BANK N.A.

Based upon the Stipulation between the United States of America, by and through its attorney of record, and defendant Wells Fargo Bank, N.A., by and through its attorney of record, the Court hereby orders as follows:

1. Plaintiff has filed a complaint to foreclose on certain property and rights to property, located in Moreno Valley, California, owned by defendant Burt D. Carpenter.

2. The subject property that the plaintiff seeks to foreclose upon and sell is legally described as follows:

Lot 81 of Tract 16768-1, in the city of MORENO VALLEY, as per map recorded in book 154, pages 48 through 52, inclusive of Miscellaneous Maps, in the office of the County Recorder of said County (Riverside County).

3. Defendant Wells Fargo Bank, N.A. acquired interest in the subject property by a Deed of Trust, recorded on August 2, 1993, in the Official Records, County of Riverside, as Document No. 299085, and an Assignment of Deed of Trust, recorded on December 15, 2009, in the Official Records, County of Riverside, as Document No. 2009-0642649.

4. By virtue of 26 U.S.C. § 6323(a), defendant Wells Fargo Bank, N.A. is entitled to priority over the subject federal tax liens.

5. The Complaint does not seek any monetary judgment against defendant Wells Fargo Bank, N.A. or assert that the subject federal tax liens have priority over defendant Wells Fargo Bank, N.A.'s Deed of Trust or Assignment of Deed of Trust on the subject property. Further, the Complaint does not seek to extinguish defendant Wells Fargo Bank, N.A.'s lien on the subject property.

Therefore, it is hereby ORDERED as follows:

1. Plaintiff will not seek a judgment that the subject federal tax liens have priority over defendant Wells Fargo Bank, N.A.'s Deed of Trust and Assignment of Deed of Trust on the subject property.

2. Plaintiff acknowledges that the subject federal tax liens against the subject property are subordinate and junior to defendant Wells Fargo Bank, N.A.'s Deed of Trust and Assignment of Deed of Trust on the subject property.

3. Defendant Wells Fargo Bank, N.A. agrees to be bound by the judgment of the Court as to plaintiff's right to judicial foreclosure on the subject federal tax liens.

4. Plaintiff agrees not to seek monetary judgment against defendant Wells Fargo Bank, N.A. in this litigation or with regard to the subject property, including an award of costs in this litigation.

5. The parties agree to bear their own costs and attorney's fees in this case as against each other. Defendant Wells Fargo Bank, N.A. does not waive its rights pursuant to its Deed of Trust to add fees and costs incurred in protection of its security interest to the balance of the loan.

6. Unless otherwise ordered and upon approval of the Court, defendant Wells Fargo Bank, N.A. need not actively participate further in these legal proceedings, unless and until a sale pursuant to the subject judicial foreclosure has occurred, upon the execution, filing and the Court's acceptance of this Stipulation.

**IT IS SO ORDERED.**

DATED: June 9, 2015

Virginia A. Phillips
_______________________________
VIRGINIA A. PHILLIPS
United States District Judge

Respectfully submitted,
STEPHANIE YONEKURA
Acting United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

__________/s/______________________
VALERIE L. MAKAREWICZ
Assistant United States Attorney
Attorneys for United States of America