EILEEN M. DECKER
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
VALERIE L. MAKAREWICZ (Cal. Bar No. 229637)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2729
    Facsimile: (213) 894-0115
    E-mail: valerie.makarewicz@usdoj.gov

Attorneys for Plaintiff United States of America

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>BURT D. CARPENTER, et al.,<br>    Defendants. | No. 5:15-cv-00195-VAP-DTB<br><br>[~~PROPOSED~~] PARTIAL JUDGMENT AGAINST DEFENDANT BURT D. CARPENTER |

Based on the stipulation of the parties,

**IT IS HEREBY ORDERED :**

1. Judgment is entered against defendant BURT D. CARPENTER, in favor of the United States of America, in the amount as follows:

| Year | Amount |
| --- | --- |
| 1995 | $0 |
| 1996 | $16,682.59 |
| 1997 | $41,492.00 |
| **Total** | **$58,174.59** |

The abovementioned amounts include statutory interest as computed through January 20, 2016. Statutory interest will continue to accrue until the abovementioned amounts are paid in full.

2. The parties' stipulation to the above-mentioned amounts for 1995, 1996, and 1997 resolves Count 1 of the Amended Judgment filed on April 17, 2015 at Docket No. 9.

3. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED:  March 17, 2016          _____
                                 VIRGINIA A. PHILLIPS
                                 United States District Judge


Respectfully submitted,
EILEEN M. DECKER
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
____/s/_____
VALERIE L. MAKAREWICZ
Assistant United States Attorney

2